gued September 19, 1967. *James P. Coho,* for appellant; *John B. Hannum,* with him *Bernard J. Myers, Jr.,* and *Pepper, Hamilton & Scheetz,* for appellees.

Order affirmed.

## Bowker *v.* Cuneo Eastern Press, Inc. et al., Appellants.

Argued September 13, 1967; reargument refused November 13, 1967. *Roger B. Wood,* with him *Joseph R. Thompson,* for appellants; *Charles F. Quinn,* with him *Sheer & Mazzocone,* for appellee.

Judgment affirmed.

## Bowker *v.* Cuneo Eastern Press, Inc. et al., Appellants.

Argued September 13, 1967; reargument refused November 13, 1967. *Roger B. Wood,* with him *Joseph R. Thompson,* for appellants; *Charles F. Quinn,* with him *Sheer & Mazzocone,* for appellee.

Judgment affirmed.

## L. S. Capozzi and Sons *v.* Brechemin (et al., Appellant).

Argued September 14, 1967. *Sheldon C.*